2



JUL 2 3 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Bryan K. Delay<br><br>                Debtor (s). | Chapter 7 Proceedings<br><br>Case No. 2:09-bk-7777-RTB |
| CITIMORTGAGE, INC.<br><br>                Movant,<br><br>vs.<br>Bryan K. Delay, Debtor; and Lothar<br>Goernitz, 7 Trustee,<br><br>                Respondent (s). | **(CHARLES G. CASE, II)**<br><br>ORDER OF RECUSAL<br>(CITIMORTGAGE, INC.) |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 23 day of July, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 23 day of
July, 2009 to:

07/24/2009

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Matthew Foley
PHILLIPS & ASSOCIATES
3030 North 3rd Street, Suite 1100
Phoenix, Arizona 85012

Lothar Goernitz
P.O. Box 32961
Phoenix, Arizona 85064-2961

by *[signature]*
Judicial Assistant